IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: June 17, 2020

| | |
|---|---|
| **THE J.M. SMUCKER COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | Case No. 1:20-cv-3653 |
| ) | |
| v. ) | Judge Edgardo Ramos |
| ) | |
| **TRADESHIFT, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**[PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE**

This matter is before the Court on the Plaintiff's Notice of Dismissal in which the Plaintiff has requested, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the Court dismiss this action without prejudice. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The parties shall bear their own attorney's fees and expenses.

It is so ORDERED.

DATE: June 17, 2020

_____
The Honorable Edgardo Ramos